DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHANE SHAW,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3382

[January 16, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marc H. Gold, Senior Judge; L.T. Case Nos. 10-015069CF10A, 11-007302CF10A and 11-007595CF10A.

Shane Shaw, Bristol, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and CONNER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***